NO OPINION
#O-4732
ISSUED